EMMA H. MESTRES, Appellant, v. JAMES W. BROWN, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of VAN RENSSELAER BURR, as Cotrustee of the Trust Created in and by the Last Will and Testament of MELANCTHON BURR, JR., Deceased. In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, etc., of MELANCTHON BURR, JR., Deceased. ELSIE HOBART BURR, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [143 Misc. 877.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON FELDMAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FRANCES LONDON, Appellant, v. CHARLES E. TONEY, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDITH NILAND, Appellant, v. THE SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM SEGMAN and DAVID S. ABRAHAMS, Copartners, etc., Respondents, v. UNITED STATES MERCHANTS AND SHIPPERS INSURANCE COMPANY, Appellant.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents and votes for reversal and a new trial on the ground of errors in the court's charge and on the further ground that the verdict was against the overwhelming weight of the evidence.

ANNA GRAMLICH, Respondent, v. MICHAEL GRAMLICH, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JANET JACOBSON, as Committee of HARRY JACOBSON, Incompetent, Respondent, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.